# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSAN EVERETT,<br>**Plaintiff,**<br><br>v.<br><br>THE MATERNAL CHILD CONSORTIUM, LLC,<br>**Defendants.** | CIVIL ACTION<br><br><br><br>NO. 18-746 |

# **O R D E R**

**AND NOW**, this 31st day of October, 2018, upon consideration of Defendants' Motion to Dismiss (ECF No. 15), Plaintiff's Response (ECF No. 16), and Defendants' Response (ECF No. 17), **IT IS ORDERED** that Defendants' Motion is **DENIED.**

                                                            **BY THE COURT:**

                                                            /s/Wendy Beetlestone, J.

                                                            **WENDY BEETLESTONE, J.**